IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


TROY WALLACE                                                                                              PLAINTIFF

v.                                              Civil No. 05-2056

JO ANNE B. BARNHART, Commissioner
Social Security Administration
                                                                                                                   DEFENDANT

**MEMORANDUM OPINION**

  Plaintiff Troy Wallace brings this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a decision of the Commissioner of the Social Security Administration (Commissioner) denying his application for Supplemental Security income. The defendant filed an answer to the complaint on June 13, 2005, asserting that the findings of the Commissioner were supported by substantial evidence and conclusive.

  On September 16, 2005, the Commissioner, having changed positions, filed a motion requesting that plaintiff's case be remanded pursuant to "sentence four" of section 405(g) in order that the Commissioner may calculate and award Supplemental Security Income (SSI) to plaintiff. We have telephonically verified that plaintiff's attorney has no objection to the motion.

  The exclusive methods by which a district court may remand a social security case to the Commissioner are set forth in "sentence four" and "sentence six" of 42 U.S.C. § 405(g). A remand pursuant to "sentence six" is limited to two situations: where the Commissioner requests a remand before answering the complaint, or where the court orders the Commissioner to consider, new, material evidence that was for good cause not presented before the agency. The Fourth sentence of the statute provides that "[t]he court shall have power to enter, upon the

pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g); *Shalala v. Schaefer*, 509 U.S. 292, 296, 113 S.Ct. 2625 (1993).

Here, we remand this case so that the Commissioner may calculate and award SSI benefits to plaintiff. Accordingly, we direct that judgment be entered reversing the decision of the ALJ and remanding this case to the Commissioner pursuant to "sentence four" of 42 U.S.C. § 405(g).

**CONCLUSION**

Based on the foregoing, we reverse the decision of the ALJ and remand this case to the Commissioner for the calculation and award of SSI benefits pursuant to "sentence four" of section 405(g).

DATED this 16th day of September 2005.

/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE