IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


TROY WALLACE                                                                                         PLAINTIFF

v.                                          Civil No. 05-2056

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                                                       DEFENDANT

## J U D G M E N T

      For reasons stated in a memorandum opinion of this date, we hereby reverse the decision of the Commissioner and remand this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g). **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

      If plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable," i.e., 30 days after the 60-day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

      IT IS SO ORDERED AND ADJUDGED this 16TH day of September 2005.


                                           /s/Beverly Stites Jones
                                           HON. BEVERLY STITES JONES
                                           UNITED STATES MAGISTRATE JUDGE